Amie Riggle Berlin, Esq.
Senior Trial Counsel
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154
Email: berlina@sec.gov

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | CASE NO.:22-cv-3421-DG-ST |
| v. | |
| **A.G. MORGAN FINANCIAL ADVISORS, LLC, VINCENT J. CAMARDA, and JAMES MCARTHUR,** | |
| Defendants. | |

### JOINT MOTION FOR 2-DAY ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

All parties respectfully request a 2-day enlargement of time to file summary judgment motions, from July 10 to July 12, 2023. The parties do not seek this enlargement of time for purposes of delay, and granting the relief will not impact any other deadline in the case. Nor is the need for this enlargement of time the fault of any party. Rather, it is sought due to the illness of defense counsel and technical difficulties with network access by Commission staff.

WHEREFORE, the parties respectfully request a 2-day enlargement of time to file summary judgment papers by July 12, 2023.

July 10, 2023                    Respectfully submitted,

                        By:    s/Amie Riggle Berlin
                               Amie Riggle Berlin, Esq.
                               Senior Trial Counsel
                               New York Registration No. 3052685
                               Florida Bar No. 630020
                               Direct Dial: (305) 982-6322
                               Direct email: berlina@sec.gov

                               Attorney for Plaintiff
                               **SECURITIES AND EXCHANGE COMMISSION**
                               801 Brickell Avenue, Suite 1950
                               Miami, Florida  33131
                               Telephone: (305) 982-6300
                               Facsimile:   (305) 536-4154

                        By:    s/Benjamin J. Biard
                               Benjamin J. Biard, Esq.
                               New York Registration No.
                               Florida Bar No. 907901
                               Direct Dial: (305) 830-604
                               Direct Email: biardb@wssllp.com

                               Attorney for Defendants
                               Winget Spadafora & Schwartzberg, LLP
                               One Southeast Third Avenue, Suite 1950
                               Miami, Florida 33131

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 10th day of July 2023 via cm-ecf on all defense counsel in this case.

                                             s/Amie Riggle Berlin
                                             Amie Riggle Berlin