Mario Divita
Chief Executive Officer and Chief Compliance Officer Traderfield Securities Inc.
260 Christopher Lane
Suite 103-B
Staten Island, NY 10314

June 15, 2019

Rebecca Carvalho
Principal Counsel
FINRA - Department of Enforcement One Brookfield Place
200 Liberty Street
New York, New York I 0281-1003 tel. 646.315.7344
fax 301.527.4701
rebecca.ca111alho@finra.org

RE:      **Vincent Camarda, No. 20190622649**

The following is responsive information regarding the matter referenced above from your letter dated June 4, 2019.

1.  A copy of the registration and/or personnel file(s) maintained by the Firm for Vincent Joseph Camarda ("Camarda") including copies of any cautionary action letters. heightened supervision plans, or other documentation evidencing disciplinary action taken by the Firm against Camarda.

    **Answer:  Please see Exhibit A for the copy of the registration and/or personnel file(s).  Since his registration with Traderfied Securities has been effective, Mr. Camarda has not a CAL, reason for heightened supervision=, nor disciplinary action been taken.**

2.  A copy of the registration and/or personnel file(s) maintained by the Firm for James Edward McArthur ("McArthur") including copies of any cautionary action letters, heightened supervision plans, or other documentation evidencing disciplinary action . taken by the Firm against McArthur.

    **Answer:  Please see Exhibit B for the copy of the registration and/or personnel file(s).  Since his registration with Traderfied Securities has been effective, Mr. McArthur has not a CAL, reason for heightened supervision=, nor disciplinary action been taken.**

3.  Copies of the Firm's policies and procedures, written supervisory procedures and compliance manuals ( collectively, the "WSPs") in effect during the period of January 1, 2019 through present addressing outside business activities and private securities transactions.

    **Answer:  Please see Exhibit C for the firm's WSPs in stated period.**



PLAINTIFF'S
EXHIBIT
3
_____

Exhibit
0003
8/17/2021
Divita

4. Copies of any acknowledgment forms or certifications in which Camarda and/or McArthur confirmed having received and/or reviewed the Firm's policies and procedures produced in response to Request No. 3.

   **Answer:  Please see Exhibit D for confirmation and acknowledgement of OSJ receipt and update to firm's WSPs.**

5. Copies of any personal activity questionnaires, requests for the Firm's approval of outside business activities, disclosures of outside business activities, or requests to engage in a private security transactions submitted by Camarda, and the Firm's response to same, and copies of any documents or correspondence relating thereto.

   **Answer:  First, please refer to page 11 in registrant's CRD application for a detailed description of consideration in personal activities as well as request for approval of OBA. Mr. Camarada then was requested to provide details of his OBA for further review.  At this time, t he OBA is still under review. Mr. Camarda continues to provide requested documentation before the firm can approve this activity. Thus we have numerous emails and documents reviewed and no approvals to engage yet. Please see Exhibit E, as latest review by compliance third party engaged to finalize details for oba supervision and compliance with industry standards. Also stipulated while under review, Mr. Camarda must provide any prospecting or subscriptions to me before forwarding.**

6. Copies of any personal activity questionnaires, requests for the Firm's approval of outside business activities, disclosures of outside business activities, or requests to engage in a private security transactions submitted by McArthur, and the Firm's response to same, and copies of any documents or correspondence relating thereto.

   **Answer:  First, please refer to page 11 in registrant's CRD application for a detailed description of consideration in personal activities as well as request for approval of OBA. Mr. McArthur then was requested to provide details of his OBA for further review.  At this time, t he OBA is still under review. Mr. McArthur continues to provide requested documentation before the firm can approve this activity. Thus we have numerous emails and documents reviewed and no approvals to engage yet. Please see Exhibit E, as latest review by compliance third party engaged to finalize details for oba supervision and compliance with industry standards. Also stipulated while under review, Mr. McArthur must provide any prospecting or subscriptions to me before forwarding.**

7. Describe in detail how the Firm supervised Camarda's participation in the AGM Capital Fund II, LLC offering (the "Offering"), and provide copies of any documents that evidence supervision.

   **Answer:  Please refer to Exhibit F  for numerous email correspondence, subsequent to many visits and meetings regarding what is necessary before this OBA has compliance approval.**

8. Describe in detail how the Firm supervised McArthur's participation in the Offering, and provide copies of any documents that evidence supervision.

**Answer:  Please refer to Exhibit F  for numerous email correspondence, subsequent to many visits and meetings regarding what is necessary before this OBA has compliance approval.**

9.  Identify by name and CRD the registered representative(s) who sold the Offering and the compensation paid to each the registered representative(s) and the Firm.

**Answer: To my knowledge and supporting documentation, there has been no approval to do the offering; hence OBA Activities, as well as compensation transferred for there are no subscriptions to review.**

10. Identify by name, address and telephone number any Firm customers who invested in the Offering. For each customer, state the date and amount of his or her investment.

**Answer: To my knowledge and supporting documentation, there has been no approval to do the offering; hence OBA Activities. There has been no Traderfied Securities customers exposed to the offering or investment at this time.**

11. State whether the Firm has received any customer complaints regarding the Offering.

**Answer:  No.**