```
                                                            Page 1
 1
 2   FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA)
 3   DEPARTMENT OF ENFORCEMENT
 4   ------------------------------------------------x
 5   In the Matter of:
 6      VINCENT CAMARDA            Matter Number:
 7   Testimony of:                 20190622649
 8      JAMES McARTHUR
 9   ------------------------------------------------x
10                       Witness: Via Zoom - New York
                         Reporter: Via Zoom - New York
11
                         January 18, 2022
12                       10:12 a.m.
13
     A P P E A R A N C E S:
14
     For the Department of Enforcement:
15
     REBECCA CARVALHO, ESQ., Senior Counsel
16   (Via Zoom - New Jersey)
17   JOSHUA WONG, Case Manager
     (Via Zoom - California)
18
     EVELINE CHEUNG, ESQ., Senior Paralegal
19   (Via Zoom - New York)
20
21   For the Witness:
22   WINGET SPADAFORA & SCHWARTZBERG LLP
          One Southeast Third Avenue, Suite 1950
23        Miami, Florida 33131
24   BY:  BENJAMIN BIARD, ESQ.
          (Via Zoom - Florida)
25
```

PLAINTIFF'S EXHIBIT 11

```
 1                          McArthur
 2     did Mr. Pauciulo start representing you?
 3          A.     I don't remember the dates.
 4          Q.     Did you have a written
 5     agreement with him or his law firm to
 6     represent you?
 7          A.     More than likely yes.
 8          Q.     Did Mr. Pauciulo also represent
 9     Mr. Camarda?
10          A.     Yes.
11          Q.     Did he also represent
12     Traderfield?
13          A.     I believe so, yes.
14          Q.     Did he also represent Mario
15     Divita?
16          A.     Yes.
17          Q.     And he doesn't -- Mr. Pauciulo
18     doesn't represent you any longer, correct?
19          A.     Correct.
20          Q.     When did he stop representing
21     you?
22          A.     I don't recall the date.
23     Maybe 2000 -- I mean 2020 rather.
24          Q.     You've mentioned today I think
25     AGM Capital Fund.  What is that?
```

Confidential Treatment Requested By FINRA                FEN_0078155

1                    McArthur
2           A.      It's a private placement.
3           Q.      Can we call that one AGM Fund
4    I --
5           A.      Yes.
6           Q.      -- for purposes of today?
7                   What's your understanding of
8    what a private placement is?
9           A.      It's an investment that is not
10   publicly traded, through a private
11   placement memorandum contract.
12          Q.      What's your role with AGM Fund
13   I?
14          A.      10 percent owner.
15          Q.      Did you help create AGM Fund I?
16          A.      Through -- yes, through advice
17   from counsel.
18          Q.      Does -- when was AGM Fund I
19   created?
20          A.      Late 2018.
21          Q.      Okay.  I'm not --
22          A.      I'm sorry.  That's when it was
23   incorporated I believe.
24          Q.      When AGM Fund I was first
25   formed, what if -- what was the -- what was

Confidential Treatment Requested By FINRA    FEN_0078156

```
 1                      McArthur
 2     the plan for -- excuse me, let me ask a
 3     better question.  When AGM Fund was formed,
 4     what was AGM Fund I going to invest in?
 5          A.     Merchant cash advance company.
 6          Q.     And what are merchant cash
 7     advance companies?
 8          A.     It is a company that lends to
 9     small, medium sized businesses
10     traditionally for short periods.
11          Q.     What if any experience did you
12     have with merchant cash advance companies
13     prior to AGM Fund I?
14          A.     I did not have personal
15     experience with merchant cash advance
16     companies.
17          Q.     Where did the idea to invest in
18     merchant cash advance companies come from?
19          A.     A discussion with Vincent
20     Camarda.
21          Q.     What did he say to you?
22          A.     It was a company that had
23     stated that they are looking to raise
24     capital.
25          Q.     Anything else did
```

Confidential Treatment Requested By FINRA          FEN_0078157

```
 1                      McArthur
 2      Mr. Camarda --
 3           A.     I don't recall the original
 4      conversation.  But it was -- it was -- he
 5      had brought it to my attention.
 6           Q.     You mentioned a company.  Was
 7      there a particular company that Mr. Camarda
 8      brought to your attention?
 9           A.     Yes.
10           Q.     What company was that?
11           A.     Complete Business Solutions
12      Group.
13           Q.     Okay.
14           A.     CBSG.
15           Q.     CBSG?  Is that also known as
16      Par Funding?
17           A.     Yes.
18           Q.     So Mr. Camarda, he first brings
19      the idea of investing in CBSG to you.  What
20      if anything did you do after that?
21           A.     Well, through the process we
22      did our due diligence, we had hired
23      counsel, created the private placement,
24      contacted our broker-dealer all along the
25      way, submitted all the information that
```

Page 44

1           McArthur
2      A.    I think it was a little later
3   than that.  I think it was sometime in
4   October.
5      Q.    So we have fall of 2018?
6      A.    Yes.
7      Q.    Were there any other entities
8   associated with AGM Fund that were formed
9   around the same time?
10     A.    No.
11     Q.    Did you form any sort of
12  manager for AGM Fund I?
13     A.    Yes.  Oh.  Yes.  So there is a
14  manager.  So each -- AGM Fund I has a
15  manager corporation associated to it.
16     Q.    Can you generally explain how
17  the AGM Fund works in terms of getting money
18  from investors and what happens to that
19  money?
20     A.    Sure.  And that is one of the
21  reasons why we have it separate.
22           So an investor wants to
23  invest.  The principal is invested with AGM
24  Capital Fund itself.  There's a separate
25  bank account associated with that.

1          McArthur
2              There's -- at that time we had
3   two cycles, the 10th of every month and the
4   25th of every month.  So as an example,
5   just prior to the 10th of the month if
6   there were three investors that wanted to
7   invest, it was a total of $200,000, that
8   would be -- that 200,000 would be wired for
9   the 10th cycle to CBSG.  Then each month
10  that interest comes in, the interest comes
11  into the fund itself.  And the interest
12  that goes to the clients, the investors,
13  gets distributed directly from AGM Capital
14  Fund's bank account.  And if they had a
15  redemption the principal would come into
16  that account and then gets distributed to
17  the investor.
18              So the AGM Capital Fund
19  essentially, with the exception of say wire
20  fees, it's really just principal in,
21  principal out, interest in, interest out.
22       Q.     Okay.
23       A.     Any difference goes over to
24  the manager, which is associated to any
25  type of distributions, expenses and so on.

Confidential Treatment Requested By FINRA    FEN_0078171

Page 46

```
1                       McArthur
2         Q.      When you say difference,
3    difference between what?
4         A.      The gross --
5         Q.      Hold on.
6         A.      Do you want me to hold on?
7         Q.      If you could just give me one
8    second.
9                 (Pause.)
10        A.      So if we are receiving 18
11   percent and then the investor is to receive
12   12 percent, that 6 percent difference is
13   what we call the spread.  That spread goes
14   over to AGM Capital Fund Manager.
15        Q.      So basically when investors
16   invest in AGM Fund I, do they do that
17   through a promissory note?
18        A.      Correct.
19        Q.      And the promissory note has a
20   particular interest rate associated with it?
21        A.      Yes.
22        Q.      And the interest rates
23   available to investors are set forth in that
24   private placement memorandum?
25        A.      Yes.
```

Confidential Treatment Requested By FINRA                 FEN_0078172

1           McArthur
2      Q.    Who decided the interest rates
3   that would be available to the investors?
4      A.    Vincent and I had discussed
5   the interest rate.
6      Q.    And so, for example, in AGM
7   Fund I the interest rates are -- were 12
8   percent, or 14 percent if it was over
9   a million dollar investment, generally
10  speaking?
11     A.    Yes, correct.
12     Q.    How did you and Mr. Camarda
13  arrive at those percentages?
14     A.    Well, we wanted a -- a nice
15  interest rate for our clients.  So we
16  wanted to be able to pass on what we felt
17  was a reasonable interest rate to
18  investors.
19     Q.    And AGM Fund I enters into an
20  agreement with CBSG when it gives money to
21  CBSG, correct?
22     A.    Yes.
23     Q.    And that agreement also has an
24  interest rate associated with it, correct?
25     A.    Yes.

1                      McArthur
2        Q.      And it -- was it always 20
3   percent, or what was the percentage of that
4   promissory note with CBSG?
5        A.      I believe it was always 20.
6        Q.      And how did that figure get
7   determined?
8        A.      I'm assuming it was just
9   through negotiations with CBSG.
10       Q.      Did you have any role in that?
11       A.      No.
12       Q.      Okay.  You said that when you
13  were -- when you and Mr. Camarda decided on
14  the interest rates for AGM I you were
15  looking to provide what you thought was a
16  reasonable rate.
17       A.      And a --
18       Q.      What was the -- sorry?
19       A.      And a competitive rate.
20       Q.      And a competitive rate.  What
21  were the -- sorry, I didn't mean to
22  interrupt you.
23       A.      A competitive fixed interest
24  rate.
25       Q.      What were the factors or pieces

Confidential Treatment Requested By FINRA                FEN_0078174

1                    McArthur
2    of information that you considered in
3    determining whether it was reasonable and
4    competitive?
5         A.    It was just -- again, this is
6    with -- this is according to my
7    recollection.  But it's just other
8    investments that are out there at the time.
9    There's guaranteed living benefits on
10   annuities, CD rates, money market rates,
11   participating in the market and average
12   rates of return.  So it was looking at
13   everything that -- that, you know, we saw
14   as far as other investments to choose from.
15        Q.    And did you memorialize or keep
16   copies of any of this research that you did
17   in determining how to set the interest rate
18   available to investors?
19        A.    No.
20        Q.    Did you consider whether what
21   you're calling the spread that was earned
22   was reasonable or appropriate?
23        A.    That was what we had expected
24   as far as -- yes, we thought it was
25   reasonable.

Confidential Treatment Requested By FINRA              FEN_0078175

Page 50

```
 1                    McArthur
 2         Q.     And what was your basis for
 3   thinking that?
 4         A.     Just what we thought would be
 5   the expenses of running the funds.  You
 6   know, compensation as well.
 7         Q.     What were the expenses in
 8   running the funds?
 9                Sorry.  When you say funds, are
10   you saying funds because we've been talking
11   about generally AGM Capital Fund I, but you
12   and Mr. Camarda have since created other
13   private placement funds, correct?
14         A.     Correct.
15         Q.     Okay.
16         A.     So in this response it would
17   be the fund itself, AGM Capital Fund I.
18         Q.     So what were the expenses of
19   AGM Capital Fund I?
20         A.     It is, you know, attorney's
21   fees, accountant fees and expenses,
22   salaries, utilities, insurances.
23         Q.     Whose salaries?
24         A.     Staff.  AGM Financial Advisors
25   staff.  Which is the same people.  They
```

Confidential Treatment Requested By FINRA   FEN_0078176

C E R T I F I C A T E

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

    I, SHIRLEY TANNENBAUM, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

    That the within is a true and accurate transcript of the proceedings taken before the FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA) on the 18th day of January, 2022.

    I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of February 2022.

*Shirley Tannenbaum*

    SHIRLEY TANNENBAUM

Confidential Treatment Requested By FINRA        FEN_0078370