```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )
                 Plaintiff,         )
 6                                  )
     vs.                            ) CASE NO.:
 7                                  ) 22-cv-3421-DG-ST
     A.G. MORGAN FINANCIAL ADVISORS,)
 8   LLC, VINCENT J. CAMARDA, and   )
     JAMES MCARTHUR,                )
 9                                  )
                 Defendants.        )
10   _____)
11
12
13
14                  VIDEO DEPOSITION OF
15                    VINCENT CAMARDA
16                  VIA VIDEOCONFERENCE
17                Friday, March 31, 2023
18
19
20
21
22
23
24   Reported by:
     Brigitte Rothstein, Stenographer
25   JOB NO. 230331BGR
```

1

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE           )
     COMMISSION,                       )
 5                                     )
               Plaintiff,              )
 6                                     )
     vs.                               ) CASE NO.:
 7                                     ) 22-cv-3421-DG-ST
     A.G. MORGAN FINANCIAL ADVISORS,)
 8   LLC, VINCENT J. CAMARDA, and   )
     JAMES MCARTHUR,                   )
 9                                     )
               Defendants.             )
10   _____)
11
12
13
14
15
16
17        Video deposition of VINCENT CAMARDA taken on
18   behalf of the Plaintiff, via videoconference,
19   beginning at 10:08 a.m. and ending at 2:18 p.m., on
20   Friday, March 31, 2023, before Brigitte Rothstein,
21   Stenographer Court Reporter.
22
23
24
25
                                                          2
```

```
10:13  1         Q      In what year did you form A.G. Morgan?
10:13  2         A      I don't remember.
10:13  3         Q      And have you been a principal of A.G.
10:13  4   Morgan since it was formed?
10:13  5         A      Yes.
10:13  6         Q      What's your current title there?
10:13  7         A      CEO.
10:13  8         Q      Has that always been your title?
10:13  9         A      Yes, it has.
10:13 10         Q      At a certain point, did you solicit
10:14 11   individuals to invest money in connection with a
10:14 12   company called Complete Business Solutions, Inc., which
10:14 13   does business as Par Funding?
10:14 14         A      Through A.G. Morgan I and A.G. Morgan II,
10:14 15   yes -- or AGM I and AGM II.
10:14 16         Q      Did you ever solicit any investor to
10:14 17   contribute funds toward Par Funding outside of AGM I
10:14 18   and II?
10:14 19         A      No.
10:14 20         Q      You never had a finder's agreement with
10:14 21   Par Funding?
10:14 22         A      No.
10:14 23         Q      A.G. Morgan never did, either?
10:14 24         A      No.
10:14 25         Q      You never signed a finding agreement with
```

10

```
10:14  1   Par Funding on behalf of A.G. Morgan?
10:14  2        A    No.
10:14  3        Q    Did Par Funding ever compensate you for
10:15  4   soliciting investors in Par Funding's securities
10:15  5   offering?
10:15  6        A    Well, the way it worked was that they paid
10:15  7   us interest for the clients that invested in AGM I and
10:15  8   II, and then a portion of that interest came to us.
10:15  9        Q    So is the answer to the question yes?
10:15 10        A    I believe I'm answering you correctly.
10:15 11        Q    Could you please answer the question.  Is
10:15 12   the answer to the question, yes, that Par Funding did
10:15 13   compensate you for soliciting investors?
10:15 14        A    I don't feel like that is what I'm saying
10:15 15   to you.
10:15 16        Q    Okay.
10:15 17        A    What I'm saying to you is that we had
10:16 18   notes with Par Funding.  They paid us interest.  The
10:16 19   lion share of the interest went to the clients.  A
10:16 20   smaller portion went to us to operate the company, and
10:16 21   we received some compensation after expenses on that.
10:16 22        Q    The difference between what Par Funding
10:16 23   paid to you and your entity under the promissory note
10:16 24   issued by Par Funding and the amount that you paid to
10:16 25   investors in the AGM Funds, I'll refer to that as the
```

11

```
 1                      REPORTER'S CERTIFICATE
 2      STATE OF FLORIDA            )
                                    ) ss
 3      COUNTY OF MIAMI-DADE        )
 4
 5          I, BRIGITTE ROTHSTEIN, a duly stenograph court
     reporter in and for the State of Florida, do hereby
 6   certify:
            That I reported the taking of the VTC video
 7   deposition of the Witness, VINCENT CAMARDA, at the time
     aforesaid;
 8          That prior to being examined, the Witness was by
     me duly sworn in to testify to the truth, the whole
 9   truth, and nothing but the truth;
            That I thereafter transcribed my shorthand notes
10   into typewriting and that the typewritten transcript of
     said VTC video deposition is a complete, true, and
11   accurate record of the proceedings to the best of my
     ability.
12           I further certify that (1) I am not a relative,
     employee, or independent contractor of counsel of any
13   of the parties; nor a relative, employee, or
     independent contractor of the parties involved in said
14   action; nor a person financially interested in the
     action; nor to I have any other relationship with any
15   of the parties or with counsel of any of the parties
     involved in the action that may reasonably cause my
16   impartiality to be questioned; and (2) that transcript
     review was requested.
17           IN WITNESS WHEREOF, I have hereunto set my hand
     in the County of Miami-Dade, State of Florida, this 6th
18   day of April 2023.
19
20
21
22                      _____
                        BRIGITTE ROTHSTEIN, STENOGRAPHER
23
24
25
                                                            139
```