

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
801 BRICKELL AVENUE, SUITE 1950
MIAMI, FLORIDA 33131

MIAMI REGIONAL OFFICE

**DIVISION OF ENFORCEMENT**

PASCALE GUERRIER
SENIOR TRIAL COUNSEL
DIRECT DIAL: (305) 982-6301
EMAIL: GUERRIERP@SEC.GOV

January 27, 2026

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    SEC v. A.G. Morgan Financial Advisors, LLC et al.
                 Case No.: 22-3421 (NJC) (E.D.N.Y.)

Dear Judge Choudhury:

    Plaintiff Securities and Exchange Commission and Defendants A.G. Morgan Financial Advisors, LLC, Vincent J. Camarda and James McArthur submit this joint letter pursuant to the Court's Order of January 26, 2026.

    The parties do not anticipate any conflicts for any parties or witnesses during the trial period commencing August 10, 2026.

                                          Respectfully submitted,

                                          /s/Pascale Guerrier
                                          Pascale Guerrier, Esq.
                                          Senior Trial Counsel
                                          NY Bar No. 566763
                                          801 Brickell Avenue, Suite 1950
                                          Miami, FL 33131
                                          Telephone: (305) 982-6300
                                          Facsimile: (305) 536-4154
                                          Email: guerrierp@sec.gov

                                          Attorney for Plaintiff
                                          SECURITIES AND EXCHANGE COMMISSION

/s/Joseph M. Cerra
Joseph M. Cerra, Esq.
Lynch Law Firm
440 State Route 17 North, 3rd Floor
Hasbrouck Heights, NJ 07604
Main Tel: (201) 288-2022
E-Mail: jcerra@lynchlawyers.com

Attorney for Defendants
A.G. MORGAN FINANCIAL ADVISORS, LLC, VINCENT J. CAMARDA and JAMES MCARTHUR

cc:   Via CM/ECF
Steven Edward Mellen     mellen.s@wssllp.com

Joseph Michael Cerra     jcerra@formanlaw.com, jcerra@lynchlawyers.com, josephmcerra@hotmail.com

Benjamin J Biard     biard.b@wssllp.com

Zachary Spencer Knoblock     knoblock.z@wssllp.com

Alise Johnson     aljohnson@bressler.com, jacqmeinv@sec.gov, landaul@sec.gov, ordazm@sec.gov, vergest@sec.gov, wardro@sec.gov