**Joseph M. Cerra (JC 0903)**
Lynch Law Firm, P.C.
95 Murray Street
Goshen, NY 10924
201-500-6000
jcerra@lynchlawyers.com
Attorneys for Defendants
AG Morgan Financial Services, LLC,
Vincent J. Camrada, and James McArthur

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | Civil Action No. 2:22-cv-03421-NJC-ST |
| Plaintiff, | |
| v. | **AFFRIMATION OF JOSEPH M. CERRA, ESQ. IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |
| **A.G. MORGAN FINANCIAL ADVISORS, LLC, VINCENT J. CAMRADA, and JAMES MCARTHUR,** | |
| Defendants. | |

_____

Joseph M. Cerra, Esq., of full age, hereby affirms pursuant to 28 U.S.C. §1746:

,1.     I am an attorney at law, admitted to practice before this Court and Of Counsel to the Lynch Law Firm, P.C., attorneys for defendants in the above matter. I make this Affirmation in response to the Court's Docket Entry requiring me to show cause as to why I should not be sanctioned for failing to appear at a duly noticed conference scheduled for January 16, 2026.

2.     I do not oppose the imposition of a sanction under Federal Rule of Civil Procedure 16(f) in view of the fact that I did not attend the conference. I have reviewed the plaintiff's submission of expenses, and I have no objection to paying those amounts resulting from my error.

I would request that the Court accept my agreement to pay those amounts as satisfaction of this Court's order to show cause.

3. I missed the conference due to a mistaken belief that the conference had been adjourned due to the upcoming settlement conference scheduled for February 18, 2026. In reviewing the clear and unambiguous terms of this Court's scheduling order, I cannot explain how or why I formed that belief. I had the settlement conference on my schedule, but not the pretrial conference. Plainly, I mishandled this Court's notices. As the Court notes, the terms were unambiguous.

4. .I would note for the Court that I have practiced for nearly 38 years and I have no prior sanction of any kind on my record.

5. I have never been found liable for a violation of Rule 11, or similar rule of any court in which I have practiced.

6. I have no disciplinary record. I have never even been reported for investigation for any professional or ethical lapse.

7. I have never been sued for malpractice and, in fact, have never even ever had to place a carrier on notice of a potential claim.

8. I deeply regret that this record came to an end with my conduct in missing the conference on January 16, 2026.

9. Rule 16(f)(2), in addition to imposing on a party who did not attend a conference, to pay the reasonable expenses incurred because of any noncompliance with this rule, also contemplates the imposition of other sanctions.

10.    I would request that the Court forego any additional sanction, in light of my prior record. I will endeavor in the future to avoid a recurrence of this lapse. No additional sanction is required to deter this conduct in the future.

11.    Accordingly, I would request that this Court resolve the Order to Show Cause, in full, by directing me to pay the amounts specified in the plaintiff's January 27, 2026 submission to this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2026.

*/s/ Joseph M. Cerra*
Joseph M. Cerra
